UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:11-CR-105-F - 1
7:11-CR-105-F - 2
7:11-CR-105-F - 3
7:11-CR-105-F - 4
7:11-CR-105-F - 5

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| DAVID CRUMMY | ) | ORDER |
| RODNEY TYSON | ) | |
| LOUIS TYSON, JR. | ) | |
| LOUIS WHITTED | ) | |
| DESIREE CHAMP TATE, | ) | |
| Defendant. | ) | |

This matter is before the court on Rodney Tyson's Motion to Reset Pre-Trial Motions Deadline [DE-101]. For GOOD CAUSE SHOWN, Rodney Tyson's Motion [DE-101] is ALLOWED. The deadline for filing pre-trial motions is also extended for co-defendants, David Crummy, Louis Tyson, Jr., Louis Whitted, and Desiree Champ Tate. Pre-trial motions are to be filed no later than **October 21, 2011**, with responses due no later than **November 14, 2011**.

SO ORDERED.

This the 30th day of September, 2011.

JAMES C. FOX
Senior United States District Judge