UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division

Docket No. 7:11-CR-105-5F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DESIREE CHAMP TATE | ) | |
|     Defendant | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for sentencing during the June 2012 term of court, in Wilmington. The case is hereby CONTINUED to   the 9/4/2012 term   in      Wilmington      , North Carolina.

This  20th  day of         April            2012.

_____
James C. Fox
Senior U.S. District Judge